IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  Civil No. 4:08CV00002020 GTE

.40 CALIBER GLOCK HANDGUN
SERIAL NUMBER FPT236

**DECREE OF FORFEITURE**

On September 5, 2008, a Verified Complaint of Forfeiture against the defendant currency was filed on behalf of the plaintiff, United States of America. The complaint alleges that the handgun is subject to forfeiture pursuant to 18 U.S.C. § 924 and 18 U.S.C. § 981(a)(1)(A), because it constitutes a firearm involved in or used in any knowing violation of 18 U.S.C. § 922(g).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant for Arrest issued by the Court, the United States Marshal for this district seized said handgun on or about September 5, 2008.

Beginning on October 26, 2009, notice of this action was published on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

No claims have been filed.

On January 8, 2009, a default judgment was issued.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

(1) That the .40 Caliber Glock Handgun Serial Number FPT 236 is hereby forfeited to the United States of America to be disposed of according to law or put into official service by the Little Rock Office of the Federal Bureau of Investigation.

(2) That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant handgun.

IT IS SO ORDERED this 8th day of January, 2009.

                                                                                           _/s/   Garnett   Thomas   Eisele_____
                                                                                           HONORABLE G. THOMAS EISELE
                                                                                           U.S. DISTRICT JUDGE